```
1CC10-1-001751        08-16-2010  CIVIL                02

AOAO HI KAI PENINSULA         MCKEON, WILLIAM M    A3726    CONST DEFTS    302
BOARD OF DIR OF AOAO          MCKEON, WILLIAM M    A3726



PENINSULA HI KAI LLC          INOUYE, HIDEO        A4243
HEARTHSTONE INC               INOUYE, HIDEO        A4243
STANFORD CARR DEV LLC         INOUYE, HIDEO        A4243
ROBERT M KAYA BUILDERS INC    INOUYE, HIDEO        A4243
HAWAIIAN DREDGING CONSTRUCTION INOUYE, HIDEO       A4243
MVE & PARNTERS INC
TOFT, WOLFF, FARROW, INC      GOTO JR, FRANK K.    A2235
  INTERNATIONAL ARCHITECTURAL GR
 INTERNATIONAL ARCHITECTURAL PR*****
 INTERNATIONAL WINDOW-NOTHERN C*****
 INTERNATIONAL WINDOW CORPORATI*****
 INTERNATIONAL WINDOW-ARIZONA, *****
 UNITED STATES ALUMINUM CORPORA*****
 UNITED STATES ALUMINUM CORPORA*****
 UNITED STATES ALUMINUM CORPORA*****
 UNITED STATES ALUMINUM CORPORA*****
 RACO INTERIOR PRODUCTS, INC    *****
 INTERNATIONAL ARCHITECTURAL PR
 INTERNATIONAL WINDOW-NORTHERN
 INTERNATIONAL WINDOW CORPORATI
  INTERNATIONAL WINDOW-ARIZONA,
 UNITED STATES ALUMINUM CORPORA
 UNITED STATES ALUMINUM CORPORA
 UNITED STATES ALUMINUM CORPORA
 UNITED STATES ALUMINUM CORPORA
 RACO INTERIOR PRODUCTS, INC
 INTERNATIONAL EXTRUSION CORPOR
 INTERNATIONAL EXTRUSION CORPOR
 INTERNATIONAL ALUMINUM CORPORA
 FORTIFIBER CORPORATION
 FORTIFIBER BUILDING SYSTEMS GR*****
 FORTIFIBER BUILDING SYSTEMS GR
 SIKA CORPORATION
 SIKA CORPORATION US              *****
  SIKA CORPORATION US
```

```
1CC10-1-001751        08-16-2010   CIVIL                    02
```

MV&P INTERNATIONAL INC

PAGE

2010

| | | |
|---|---|---|
| AUG 16 | COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL; SUMMONS (CASE ASSIGNED TO JUDGE P BORDER) | 1 |
| NOV 16 | REQUEST TO ACCESS COURT RECORD (HCRR) | 2 |
| DEC 02 | PLTFFS' MOTION FOR ASSOCIATION OF CO-COUNSEL PRO HAC VICE; AFFIDAVIT OF WILLIAM M M MCKEON; DECLARATION OF TYLER P BERDING; EXHIBIT A; NOTICE OF HEARING OF MOTION AND C/S | 3 |

2011

| | | |
|---|---|---|
| JAN 18 | ORDER GRANTING PLTFFS MTN FOR ASSN OF CO-COUNSEL PRO HAC VICE FILED ON 12/2/10 | 4 |
| JAN 20 | CERTIFICATE OF SERVICE | 5 |
| JAN 24 | PROOF OF PAYMENT OF THE HAWAII STATE BAR ASSOCIATION 2011 REGISTRATION FEE FOR TYLER P BERDING ADMITTED PRO HAC VICE; EXHIBIT A; C/S | 6 |
| FEB 15 | PLTFFS EX PARTE MTN TO EXTEND TIME W/IN WHICH TO SERVE COMPLAINT; DECL OF WILLIAM M MCKEON; ORDER GRANTING PLTFFS EX PARTE MTN TO EXTEND TIME W/IN WHICH TO SERVE COMPLAINT | 7 |
| MAR 23 | RECEIVED ....... PLTS' EX PARTE MOTION TO EXTEND TIME TO FILED ITS PRETRIAL STATEMENT; DECLAR OF WILLIAM M MCKEON; ORDER GRANTING PLTFS' EX PARTE MOTION TO EXTEND TIME TO FILE PRETRIAL STATEMENT | 8 |
| MAR 28 | TRANSMITTAL DATED MARCH 22, 2011 FROM CAROL YAMAMURA | 9 |
| MAR 29 | WITHDRAWAL AND SUBSTITUTION OF COUNSEL; ORDER | 10 |

1CC10-1-001751          08-16-2010   CIVIL                     02

                                                                          PAGE
2011

MAR 31      PLAINTIFFS' EX PARTE MOTION TO EXTEND TIME TO                   11
            FILE ITS PRETRIAL STATEMENT; DECLARATION OF
            WILLIAM M MCKEON; ORDER GRANTING PLAINTIFFS'
            EX PARTE MOTION TO EXTEND TIME TO FILE PRETRIAL
            STATEMENT

MAR 31      TRANSMITTAL                                                     12

APR 04      TRANSMITTAL DATED MARCH 31, 2011 FROM CAROL                     13
            YAMAMURA, LEGAL ASSISTANT
APR 04      CERTIFICATE OF SERVICE                                          14

APR 11      ADDITIONAL CLAIMS INFORMATION SHEET                             15

APR 11      FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR                 16
            JURY TRIAL; SUMMONS
APR 15      RETURN AND ACKNOWLEDGMENT OF SERVICE                            17
            (SRVD 1ST AMD COMP ETC ON STANFORD CARR DEVELOP-
            MENT LLC THRU RICHARD RIEGELS 4/11/11)

APR 15      RETURN AND ACKNOWLEDGMENT OF SERVICE                            18
            (SRVD 1ST AMD COMP ETC ON PENINSULA HAWAII KAI
            LLC THRU JO KAMAE BYRNE 4/11/11)

APR 15      RETURN AND ACKNOWLEDGMENT OF SERVICE                            19
            (SRVD 1ST AMD COMP ETC ON HEARTHSTONE INC THRU JO
            KAMAE BYRNE 4/11/11)

APR 15      TRANSMITTAL DTD 4/13/11                                         20

APR 26      CERTIFICATE OF SERVICE RE DISCOVERY                             21

MAY 09      DEFTS PENINSULA HAWAII KAI, LLC, HEARTHSTONE, INC               22
            AND STANFORD CARR DEVELOPMENT, LLC'S ANSWER TO
            FIRST AMENDED COMPLAINT FOR DAMAGES, FILED ON
            4/11/11; C/S
JUN 23      CERTIFICATE OF SERVICE                                          23

1CC10-1-001751          08-16-2010   CIVIL                    02

                                                                      PAGE
2011

AUG 09    CERTIFICATE OF SERVICE                                        24
          RE: DISCOVERY
SEP 26    LETTER OF TRANSMITTAL TO CIRCUIT COURT OF THE                 25
          FIRST CIRCUIT FROM CAROL YAMAMURA, SECRETARY TO
          DOCUMENT FILING DATED SEPTEMBER 23, 2011

SEP 26    CERTIFICATE OF SERVICE

OCT 18    PLTF'S PRETRIAL STATEMENT; C/S                                27

OCT 31    DEFTS PENINSULA HAWAII KAI, LLC HEARTHSTONE, INC               28
          AND STANFORD CARR DEVELOPMENT, LLC'S NOTICE OF
          TAKING DEPOSITION UPON WRITTEN INTERROGATORIES;
          CERTIFICATE OF SERVICE
OCT 31    SUBPOENA DUCES TECUM                                          29
          (C/R KNOX HOVERSLAND ARCHITECTS)
          (SRVD 11/4/11)

2012

MAR 28    REQUEST TO ACCESS COURT RECORD (HCRR)                         30

AUG 21    NOTICE OF CHANGE IN ADDRESS; C/S                              31

SEP 18    PROOF OF PAYMENT OF THE HAWAII STATE BAR                      32
          ASSOCIATION 2011 REGISTRATION FEE FOR TYLER P
          BERDING ADMITTED PRO HAC VICE; EXHIBIT "A";
          C/S
SEP 21    ERRATA TO PROOF OF PAYMENT OF THE HAWAII                      33
          STATE BAR ASSOCIATION 2011 REGISTRATION FEE FOR
          TYLER P BERDING ADMITTED PRO HAC VICE, FILED
          ON SEPTEMBER 18, 2012; C/S
SEP 28    CERTIFICATE OF SERVICE                                        34

DEC 06    PROOF OF PAYMENT OF THE HAWAII STATE BAR                      35
          ASSOCIATION 2013 RENEWAL FEE FOR TYLER P
          BERDING ADMITTED PRO HAC VICE; EXHIBIT "A";
          C/S

```
1CC10-1-001751          08-16-2010   CIVIL                      02
```

PAGE

2013

| | | |
|---|---|---|
| FEB 14 | REASSIGNMENT OF CASE TO THE HONORABLE JEANNETTE H CASTAGNETTI<br>(REASSIGNED FROM THE HONORABLE PATRICK W BORDER) | 36 |
| MAY 24 | CASE MANAGEMENT ORDER RE PLEADINGS, DISCOVERY, PRE-TRIAL & SETTLEMENT MATTERS; EXHS A-G | 37 |
| JUN 07 | CERTIFICATE OF SERVICE | 38 |
| JUN 25 | CERTIFICATE OF SERVICE | 39 |
| AUG 29 | STIPULATION CERTIFYING DOE DEFTS; ORDER | 40 |
| SEP 16 | CERTIFICATE OF SERVICE | 41 |
| OCT 03 | DOE DEFT ROBERT M KAYA BUILDERS, INC'S CONSENT AND ACCEPTANCE OF SERVICE OF (1) PLTFS' FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL; SUMMONS (FILED ON 4/11/11); AND (2) PLTFS' CASE MGMT ORDER RE PLEADINGS, DISCOVERY, PRE-TRIAL AND SETTLEMENT MATTERS; EXHS A-G (FILED 5/24/13) | 42 |
| OCT 03 | TRANSMITTAL TO DOCUMENTS CLERK CIRCUIT COURT OF THE FIRST CIRCUIT FROM SUNDRA ALLEN-NEMOTO DATED 10/1/13 | 43 |
| OCT 03 | DOE DEFT HAWAIIAN DREDGING CONSTRUCTION CO, INC'S CONSENT AND ACCEPTANCE OF SERVICE OF (1) PLTFS' FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL; SUMMONS (FILED ON 4/11/11); AND (2) PLTFS' CASE MGMT ORDER RE PLEADINGS, DISCOVERY, PRE-TRIAL AND SETTLEMENT MATTERS; EXHS A-G (FILED 5/24/13) | 44 |
| NOV 15 | DOE DEFT ROBERT M KAYA BUILDERS INC'S NOTICE OF APPEARANCE IN LIEU OF ANSWER; C/S | 45 |

1CC10-1-001751          08-16-2010    CIVIL                        02

                                                                                                           PAGE

2013

NOV 15    DOE DEFT HAWAIIAN DREDGING CONSTRUCTION                          46
          CO INC'S NOTICE OF APPEARANCE IN LIEU OF
          ANSWER; C/S

DEC 20    PROOF OF PAYMENT OF THE HAWAII STATE BAR                         47
          ASSOC 2014 RENEWAL FEE FOR TYLER P BERDING
          ADMITTED PRO HAC VICE; EXH A; C/S

JUN - 2 2015