```
1CC10-1-001751         08-16-2010  CIVIL                02

AOAO HI KAI PENINSULA          MCKEON, WILLIAM M    A3726    CONST DEFTS
BOARD OF DIR OF AOAO           MCKEON, WILLIAM M    A3726



PENINSULA HI KAI LLC           INOUYE, HIDEO        A4243
HEARTHSTONE INC                INOUYE, HIDEO        A4243
STANFORD CARR DEV LLC          INOUYE, HIDEO        A4243
ROBERT M KAYA BUILDERS INC     INOUYE, HIDEO        A4243
HAWAIIAN DREDGING CONSTRUCTION INOUYE, HIDEO        A4243
MVE & PARNTERS INC
TOFT, WOLFF, FARROW, INC       GOTO JR, FRANK K.    A2235
 INTERNATIONAL ARCHITECTURAL GR
INTERNATIONAL ARCHITECTURAL PR*****
INTERNATIONAL WINDOW-NOTHERN C*****
INTERNATIONAL WINDOW CORPORATI*****
INTERNATIONAL WINDOW-ARIZONA, *****
UNITED STATES ALUMINUM CORPORA*****
UNITED STATES ALUMINUM CORPORA*****
UNITED STATES ALUMINUM CORPORA*****
UNITED STATES ALUMINUM CORPORA*****
RACO INTERIOR PRODUCTS, INC   *****
INTERNATIONAL ARCHITECTURAL PR
INTERNATIONAL WINDOW-NORTHERN
INTERNATIONAL WINDOW CORPORATI
 INTERNATIONAL WINDOW-ARIZONA,
UNITED STATES ALUMINUM CORPORA
UNITED STATES ALUMINUM CORPORA
UNITED STATES ALUMINUM CORPORA
UNITED STATES ALUMINUM CORPORA
RACO INTERIOR PRODUCTS, INC
INTERNATIONAL EXTRUSION CORPOR
INTERNATIONAL EXTRUSION CORPOR
INTERNATIONAL ALUMINUM CORPORA
FORTIFIBER CORPORATION
FORTIFIBER BUILDING SYSTEMS GR*****
FORTIFIBER BUILDING SYSTEMS GR
SIKA CORPORATION
SIKA CORPORATION US                       *****
 SIKA CORPORATION US
```

1CC10-1-001751          08-16-2010   CIVIL                    02

MV&P INTERNATIONAL INC

PAGE

2014

| | | |
|---|---|---|
| JAN 17 | DEFTS' PENINSULA HAWAII KAI, LLC; HEARTHSTONE, INC; STANFORD CARR DEVELOPMENT, LLC; HAWAIIAN DREDGING CONSTRUCTION CO, INC; AND RESPONSIVE PRETRIAL STMT; C/S | 1 |
| AUG 13 | SECOND STIPULATION CERTIFYING DOE DEFTS; ORDER | 2 |
| AUG 21 | CERTIFICATE OF SERVICE | 3 |
| SEP 02 | ADDITIONAL CLAIMS INFORMATION SHEET | 4 |
| SEP 02 | DEFTS PENINSULA HAWAII KAI LLC, HEARTHSTONE INC & STANFORD CARR DEVELOPMENT LLC'S CROSS CLAIM AGAINST MVE & PARTNERS INC & TOFT, WOLFF, FARROW INC; DECLARATION OF COUNSEL; EXH A; SUMMONS TO ANSWER CROSS CLAIM; C/S | 5 |
| SEP 04 | (DENIED) DEFTS PENINSULA HI KAI, LLC, HEARTHSTONE, INC & STANFORD CARR DEVELOPMENT, LLC'S EX PARTE MTN TO SHORTEN TIME FOR HRG ON MTN FOR LEAVE TO FILE 3RD-PARTY COMP AGAINST MV&P INTERNATIONAL INC; DECLAR OF COUNSEL; ORDER GRANTING DEFTS' EX PARTE MTN TO SHORTEN TIME FOR HRG ON MTN FOR LEAVE TO FILE 3RD-PARTY COMP AGAINST MV&P INTERNATIONAL, INC; C/S | |
| SEP 04 | DEFTS PENINSULA HI KAI LLC, HEARTHSTONE,INC & STANFORD CARR DEVELOPMENT, LLC'S MTN FOR LEAVE TO FILE 3RD-PARTY COMP AGAINST MV&P INTERNAITONAL INC; MEMO IN SUPPORT OF MTN; DECLAR OF COUNSEL; EXHS 1-3; C/S | |
| SEP 09 | AMENDED NOTICE OF MOTION RE DEFTS PENINSULA HAWAII KAI LLC, HEARTHSTONE INC AND STANFORD CARR DEVELOPMENT LLC'S MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT AGAINST MV&P INTERNATIONAL INC FILED 9/4/2014; C/S | 8 |

```
1CC10-1-001751          08-16-2010   CIVIL                      02
```

                                                                          PAGE
2014

SEP 11     PLTFS' STATEMENT OF POSITION RE DEFTS PENINSULA                  9
           HAWAII KAI LLC HEARTHSTONE INC & STANFORD CARR
           DEVELOPMENT LLC'S MOTION FOR LEAVE TO FILE THIRD
           PARTY COMPLAINT AGAINST MV & P INTERNATIONAL INC
           FILED ON 09/04/14

OCT 21     ORDER GRANTING DEFTS PENINSULA HAWAII KAI LLC,                  10
           HEARTHSTONE INC AND STANFORD CARR DEVELOPMENT
           LLC'S MOTION FOR LEAVE TO FILE THIRD-PARTY
           COMPLAINT AGAINST MV&P INTERNATIONAL INC FILED
           09/04/2014 (NON-HEARING MOTION)

OCT 22     CERTIFICATE OF SERVICE                                          11

NOV 05     NOTICE OF NAME CHANGE; C/S                                      12

NOV 10     TRANSMITTAL LETTER TO CIRCUIT COURT OF THE FIRST                13
           CIRCUIT FROM MCKEON SHELDON MEHLING DATED 11/7/14
NOV 10     PROOF OF SERVICE                                                14
           (SERVED FIRST AMENDED
           COMPLAINT/SUMMONS/DEMAND/NOTICE OF ENTRY ON
           INTERNATIONAL ARCHITECTURAL GROUP LLC AKA
           INTERNATIONAL ARCHITECTURAL PRODUCTS INC,
           INTERNATIONAL WINDOW-NORTHERN CALIFORNIA,
           INTERNATIONAL WINDOW CORPORATION ETC ON
           10/9/14 BY M. CHAPMAN)
DEC 29     PROOF OF PAYMENT OF THE HAWAII STATE BAR                        15
           ASSOCIATION 2015 RENEWAL FEE FOR TYLER P BERDING
           ADMITTED PRO HAC VICE; EXH A; C/S

2015

JAN 23     TRIAL SETTING STATUS CONFERENCE ORDER OF 01/15/15                16
           EXHS A & B
JAN 23     ORDER REGARDING MEDIATION                                        17

1CC10-1-001751　　　　08-16-2010　CIVIL　　　　　　　02

|  |  | PAGE |
|---|---|---|
| 2015 | | |
| JAN 27 | PLTFS REQUEST TO CLERK FOR ENTRY OF DEFAULT AGAINST DEFT INTERNATIONAL ARCHITECTURAL GRP LLC AKA INTERNATIONAL ARCHITECTURALPRODUCTS INC ETC DEC OF WILLIAM M MCKEON; EXH A; ENTRY OF DEFAULT AGAINST DEFT INT'L ARCHITECTURAL GRP LLC AKA INT'L ARCHITECTURAL PRODUCTS INC ETC C/S | |
| JAN 27 | TRANSMITTAL TO DOCUMENTS CLERK FROM SUNDRA ALLEN-NEMOTO LEGAL ASSISTANT DATED 01/23/15 | |
| MAR 12 | DFT TOFT, WOLFF, FARROW INC'S CONSENT & ACCEPTANCE OF SRVC OF 1)PLTFS' 1ST AMD COMPL FOR DAMAGES; DEMAND FOR JURY TRIAL; SUMMONS (FLD ON 4/11/11); 2)PLTFS' CASE MANAGEMENT ORDER RE PLEADINGS, DISCOVERY, PRE-TRIAL & SETTLEMENT MATTERS; EXHS A-G (FLD 5/24/13); & 3)DFTS PENINSULA HI KAI LLC, HEARTHSTONE INC & STANFORD CARR DEVELOPMENT LLC'S XCLAIM AGNST TOFT, WOLFF, FARROW INC (FLD 9/2/14) | |
| MAR 19 | CERTIFICATE OF SERVICE | 21 |
| APR 07 | THIRD STIPULATION CERTIFYING DOE DEFTS; ORDER | |
| APR 10 | ADDITIONAL CLAIMS INFORMATION SHEET | 23 |
| APR 10 | DEFT TOFT WOLFF FARROW, INC'S NOTICE OF APPEARANCE; DEFT TOFT WOLFF FARROW, INC'S ADDITIONAL AFFIRMATIVE DEFENSES; EXHIBITS "A" - "B"; C/S | |
| APR 10 | DEFT TOFT WOLFF FARROW, INC'S CROSSCLAIM AGAINST DEFT PENINSULA HAWAII KAI, LLC, HEARTHSTONE INC, STANFORD CARR DEVELOPMENT, LLC, HAWAIIAN DREDGING CONSTRUCTION COMPANY, INC, ROBERT M KAYA, BUILDERS, INC, MVE & PARTNERS INC; INTL ARCHITECTURAL GROUP, LLC, AKA INTL ARCHITECTURAL PRODUCTS INC, INTL WINDOW CORP, INTL WINDOW-ARIZONA INC, UNITED STATES ALUMINUM CORP ETC | 25 |
| APR 16 | CERTIFICATE OF SERVICE | 26 |
| APR 21 | CERTIFICATE OF SERVICE | 27 |

1CC10-1-001751          08-16-2010  CIVIL                      02

PAGE

2015

| | | |
|---|---|---|
| APR 22 | REQUEST TO ACCESS COURT RECORD (HCRR) | 28 |
| APR 30 | DEFTS PENINSULA HAWAII KAI, LLC ETALS'S ANSWER TO DEFT TOFT WOLFF FARROW, INC'S CROSS-CLAIM FILED APRIL 10, 2015; C/S | 29 |
| MAY 01 | DEFTS PENINSULA HAWAII KAI LLC, ETALS' FINAL NAMING OF WITNESSES; C/S | 30 |
| MAY 11 | DEFT MV&P INTERNATIONAL INC'S CONSENT AND ACCEPTANCE OF SERVICE OF 1) PLTFS' FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL; SUMMONS (FILED ON APRIL 11, 2011); AND 2) PLTFS' CASE MANAGEMENT ORDER RE PLEADINGS, DISCOVERY, PRE-TRIAL AND SETTLEMENT MATTERS; EXHS A-G; C/S | 31 |
| MAY 14 | DEFENDANT MV&P INTERNATIONAL INC.'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT; EXHIBIT "A"; CERTIFICATE OF SERVICE (USDC CIVIL NO. CV15 00170 LEK KSC) | 32 |
| MAY 15 | TRANMITTAL TO DOCUMENTS CLERK DATED MAY 13, 2015 FROM SUNDRA ALLEN-NEMOTO | 33 |
| MAY 15 | RETURN OF SERVICE (SRVD 1ST AMM CQMP, ETC 4/30/15-FORTIFIBER CORP DBA FORTIFIBER BUILDING SYSTEMS GROUP) | 34 |

JUN - 2 2015